IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CV485 |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAN MAJOR MENGEDOHT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on the motion of the United States to hold the Respondent in contempt of court in this matter involving the Estate of Carl A. Mengedoht (Filing No. 10). On September 29, 2006, this court entered an Order directing the Respondent to appear before an estate tax attorney on October 18, 2006, to testify and produce the documents listed in the IRS summons served on him on April 4, 2006 (Filing No. 9). The Respondent failed to appear on October 18, 2006. The Respondent sent correspondence under cover dated October 15, 2006, addressed to the United States Attorney and others, but the correspondence was not responsive to the IRS summons. Upon consideration,

**IT IS ORDERED:**

1. The motion of the United States of America to hold the Respondent in contempt of an order of this Court (Filing No. 10) is granted.

2. Respondent, Jan Major Mengedoht, shall appear before the undersigned magistrate judge in the District Court of the United States for the District of Nebraska, in **Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on the 20th day of December, 2006 at 10:00 a.m.** to answer for his contempt, or to purge himself of contempt by providing the summonsed testimony and documents.

**IT IS FURTHER ORDERED** that a copy of this Order, together with the Motion to Hold the Respondent Contempt of Court and exhibits thereto, be personally served on Jan

1

Major Mengedoht by either a United States marshal, a deputy United Sates marshal, or by an official of the Internal Revenue Service who is hereby specially appointed for that purpose, within thirty (30) days of the date of this Order and that proof of service as provided for in Fed. R. Civ. P. 4(l) be filed with the Clerk of the District Court within five (5) business days after such service upon Respondent.

**IT IS FURTHER ORDERED** that if the Respondent fails to appear as ordered herein, the Respondent shall be sentenced to the custody of the Attorney General of the United States until such time as he shall purge himself of contempt.

DATED this 31st day of October, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge