IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:06CV485 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **JAN MAJOR MENGEDOHT,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's motion for an extension of time to perfect service and for a continuance of the December 20, 2006, hearing in this matter (Filing No. 17). On October 31, 2006, this court ordered Respondent to appear on December 20, 2006, to answer for his contempt or to purge himself by providing the summonsed testimony and documents. The court further ordered that Respondent be personally served with the Motion and Order within 30 days of the date of the Order. **See** Filing No. 14. The United States Marshals attempted service of the Motion and Order on three separate occasions but were unsuccessful, and returned the service unexecuted. **See** Filing No. 16. Upon consideration,

**IT IS ORDERED:**

1. Petitioner's motion for an extension of time to perfect service and motion for a continuance of the December 20, 2006, hearing (Filing No. 17) is granted.

2. Respondent, Jan Major Mengedoht, shall appear before the undersigned magistrate judge in the District Court of the United States for the District of Nebraska, in **Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on the 7th day of February, 2007, at 9:30 a.m.** to answer for his contempt, or to purge himself by providing the summonsed testimony and documents.

**IT IS FURTHER ORDERED** that a copy of this Order, together with (1) Petitioner's Motion to Continue Hearing and for Extension of Time to Perfect Service; (2) the Order dated October 31, 2006, granting the motion to hold Respondent in contempt; and (3)

Petitioner's Motion to Hold the Respondent in Contempt of Court and exhibits thereto, be personally served on Jan Major Mengedoht by either a United States marshal, a deputy United States marshal, or by an official of the Internal Revenue Service who is hereby specially appointed for that purpose, within thirty (30) days of the date of this Order and that proof of service as provided for in Fed. R. Civ. P. 4(l) be filed with the Clerk of the District Court within five (5) business days after such service upon Respondent.

DATED this 5th day of December, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge