IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 8:06CV485 |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JAN MAJOR MENGEDOHT, | ) |
| | ) |
| Respondent. | ) |

This matter is before the Court on the Petitioner's motion for an extension of time to submit brief [Filing No. 44]. At a hearing held October 16, 2007, this Court ordered the Respondent to submit a brief by October 26, 2007. [Text minute entry 43]. Upon consideration of the Petitioner's motion, and for good cause shown,

**IT IS ORDERED:**

1. The Petitioner's motion for an extension of time to submit brief is GRANTED.

2. The Petitioner shall have until the close of business on November 2, 2007, to submit its brief.

3. If the Respondent, Jan Major Mengedoht, chooses to respond to the Petitioner's brief, he shall do so in writing no later than ten (10) days after the Petitioner's brief is filed and served.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Court Judge