IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 8:06CV485 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER OF DISMISAL** |
| v. | ) | |
| | ) | |
| JAN MAJOR MENGEDOHT, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on the Petitioner's Motion to Dismiss an IRS summons issued in connection with the Estate of Carl Mengedoht [Filing No. 68]. Upon consideration, and for good cause shown,

**IT IS ORDERED** that this matter be, and hereby is, dismissed without prejudice, each party to bear their own costs.

DATED this 19th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge